No. 5077. QUINTANA v. TEXAS. Ct. Crim. App. Tex. Reported below: 441 S. W. 2d 191;

No. 5080. WIGGLESWORTH v. OHIO. Sup. Ct. Ohio. Reported below: 18 Ohio St. 2d 171, 248 N. E. 2d 607;

No. 5086. CRAIN v. BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex.;

No. 5094. WILSON ET AL. v. FLORIDA. Sup. Ct. Fla. Reported below: 225 So. 2d 321;

No. 5114. PEMBERTON v. OHIO. Sup. Ct. Ohio;

No. 5142. LADETTO v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Reported below: 356 Mass. 541, 254 N. E. 2d 415;

No. 5288. TURNER v. TEXAS. Ct. Crim. App. Tex. Reported below: 462 S. W. 2d 9;

No. 5887. BERNETTE v. ILLINOIS; and

No. 6049. TAJRA v. ILLINOIS. Sup. Ct. Ill. Reported below: 45 Ill. 2d 227, 258 N. E. 2d 793; and

No. 6458. HARRIS v. TEXAS. Ct. Crim. App. Tex. Motions for leave to proceed *in forma pauperis* and certiorari granted. Judgments, insofar as they impose the death sentence, reversed and cases remanded for further proceedings. *Witherspoon* v. *Illinois*, 391 U. S. 510 (1968); *Boulden* v. *Holman*, 394 U. S. 478 (1969); and *Maxwell* v. *Bishop*, 398 U. S. 262 (1970). MR. JUSTICE BLACK dissents.

No. 129. ADAMS v. WASHINGTON. Sup. Ct. Wash. Motions to dispense with printing petition and response granted. Certiorari granted and judgment, insofar as it imposes the death sentence, reversed and case remanded for further proceedings. *Witherspoon* v. *Illinois*, 391 U. S. 510 (1968); *Boulden* v. *Holman*, 394 U. S. 478 (1969); and *Maxwell* v. *Bishop*, 398 U. S. 262 (1970). MR. JUSTICE BLACK dissents.